Priority
Send ✗
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

1 | Franz A. Wakefield, *Pro Se*
  | COOLTvNETWORK.COM™, INC.
2 | The *ClickVideoShop*™ Patent <u>US 007,162,696 B2</u>
3 | 17731 North West 14th Court
  | Miami, Florida 33169
4 | Tel: (305) + 624.3282
5 | FranzWakefield@cooltvnetwork.com

FILED
CLERK, U.S. DISTRICT COURT
APR 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**NOTE CHANGES MADE BY COURT**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA---LOS ANGELES DIV.

| | |
|---|---|
| MR. FRANZ A. WAKEFIELD,    Plaintiff(s),<br>Et. Al.,<br><br>v.<br><br>THE WALT DISNEY CO.,    Defendants<br>AND DISNEY INTERACTIVE INC., | CASE No:<br>CV-05-6857<br>VBF (PLAX)<br><br>**PLEADING**<br><br><u>**APPLICATION FOR**</u><br><u>**TELEPHONIC APPEARANCE**</u><br><u>**TO HEAR "WAKEFIELD'S"**</u><br>**MOTION FOR EXTENSION**<br>**OF TIME.** |

RECEIVED
BUT NOT FILED
APR 13 2007
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY                    DEPUTY

DOCKETED ON CM
APR 30 2007
BY

-1-

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA---LOS ANGELES DIVISION

| | |
|---|---|
| MR. FRANZ A. WAKEFIELD, Et. Al.,<br><br>Plaintiff(s)<br><br>v.<br><br>THE WALT DISNEY CO., AND DISNEY INTERACTIVE INC.,<br><br>Defendants | Case No. CV-05-6857-VBF (PLAX)<br><br>❖ **APPLICATION FOR TELEPHONIC APPEARANCE TO HEAR "WAKEFIELD'S" MOTION FOR EXTENSION OF TIME.**<br><br>Date: MAY 07, 2007<br>Time: 1:30 P.M.<br>Place: COURTROOM 9<br><br>❖ **BEFORE**:<br><br>*The Honorable United States District Judge Valerie Baker Fairbank* |

IT IS NOW BROUGHT FORTH, through the power vested in this great state and nation a bridge to justice, the ends of which will come through counsel and the just decisions of this Honorable Court.

THIS ACTION, is brought for damages and other appropriate relief under the Copyright Act of 1976 [17 USC § 101 et seq] for violation of *Pro Se* Plaintiff "WAKEFIELD'S" intellectual property rights prescribed under the laws of The United States of America. "WAKEFIELD'S" "original infringed copyrighted works," complies with the Copyright Act's requirements and "WAKEFIELD" is the legal and equitable owner of all of the "original infringed copyrighted works." The Defendants, "DISNEY Et.

Al." has wrongfully copied "WAKEFIELD'S" "original copyrighted works" and has exercised Plaintiff's exclusive rights to exploit the "original copyrighted works," without "WAKEFIELD'S" consent or authorization.

## I. MOST RECENT ACTIONS & SELECT HISTORY.

THIS ACTION WAS filed on September 20, 2005 [D.E. 1] from a Complaint titled "Infringement of Game and Artistic Expression; For Video-Games and other Interactive & Auxiliary Products along with Injunctive Relief—Including Pendent Claim for Unfair Competition" and received by The Clerk of the Court in The United States District Court Central District of California, on September 16, 2005.

ON NOVEMBER 9, 2005, [D.E. 25], The United States District Judge Honorable Christina A. Snyder, issued an ORDER questioning the validity of the service on The Walt Disney Co., and allowing *Pro Se* Plaintiff "WAKEFIELD" an additional sixty (60) days to effectuate service. The GRANTED the Defendant's motion to quash service of process. On December 16, 2005, [D.E. 29], "WAKEFIELD" filed Proof of Service which was executed on December 9, 2005, by state statute upon Marsha Reed, person authorized to accept Service of Process for The Walt Disney Co.. On December 21, 2005, [D.E. 31], this Honorable Court issued an ORDER dismissing Without Prejudice the unincorporated associations. On December 29, 2005, [D.E. 32], The Walt Disney Co., filed an Answer to the Complaint. On September 6, 2006, [D.E. 33], The United States District Judge Honorable Christina A. Snyder issued an ORDER setting

Scheduling Conference. On October 02, 2006, [D.E. 34], this Honorable Court issued an ORDER that Plaintiff show cause in writing not later than October 17, 2006 why the action should not be dismissed for lack of prosecution as to Defendants Robert Iger; Disney Interactive Inc; Square Enix Co. Ltd., Sony Corporation of America; Nintendo of America Inc., Circuit City Stores Inc., and Best Buy Co. Inc.. On October 17, 2006, [D.E. 35-37], the parties filed a Joint Report Rule 26(f) Discovery Plan, and "WAKEFIELD" filed Proof of Service which was executed pursuant to State Statute upon Lynn Greborunis, person authorized to accept service for Disney Interactive Inc., and also filed Proof of Service which was also executed pursuant to State Statute upon Michihidi Yamamoto person authorized to accept service for Square Enix Inc./Square Enix Co., Ltd.. On October 18, 2006 [D.E. 38], the parties filed a completed ADR Pilot Program Questionnaire. On October 23, 2006, [D.E. 39], The Honorable Christina A. Snyder, issued an ORDER dismissing Without Prejudice the Defendants, Robert Iger; Nintendo of America Inc; Sony Corporation of America; Best Buy Co. Inc., and Circuit City Stores Inc., for Plaintiff(s) failure to comply with the Local Rules and Federal Rules of Civil Procedure. On October 30, 2006, [D.E. 41], Minutes from the Scheduling Conference held before The Honorable Christina A. Snyder was filed. Finally, on November 3, 2006, [D.E. 42], Disney Interactive Inc. filed an Answer to the Complaint filed by "WAKEFIELD." Most recently Square Enix Co.. Ltd., filed a "notice of motion and motion to dismiss for failure to prosecute or to comply with the court's orders; [and] memorandum of points and authorities in support thereof; declaration of Kenneth E.

Payson in support thereof." "WAKEFIELD" responded to said notice of motion and motion a midst his <u>diligent efforts</u> to secure the discovery necessary to prove this case at bar and his due redress. The Honorable Court on February 22, 2007, issued Civil Minutes stating that this action has been reassigned to the Honorable Valerie Baker Fairbank, United States District Judge. The Court also in the same minutes vacated the March 5, 2007 Motion to Dismiss For Failure to Prosecute or Comply With the Court's Orders filed by defendant Square Enix Co., Ltd. on February 9, 2007, which is to be rescheduled at a later date. Further, the minutes state "[r]eference of the above case to the Alternative Dispute Resolution Pilot Program General Order 02-07, is vacated. All further settlement procedures in this action shall be pursuant to Local Civil Rule 16-14." The magistrate judge's assignment remains the same, and the case number will now read: **CV 05-6857-VBF(PLAx).** On March 15, 2007 The Honorable Court set a "[…] hearing on Defendant Square Enix's Motion to Dismiss for Failure to Prosecute or to Comply with the Court's Orders […] for April 9, 2007 at 1:30 p.m..

## II. GROUNDS FOR THIS APPLICATION.

THIS APPLICATION IS being made pursuant to The Local Rules of The Central District of California, namely L.R. 7-19 *Ex Parte Application*, L.R. 7-19.1 *Notice of Application*, and L.R. 7-6 *Evidence on Motions* which states:

"Factual contentions involved in any motion and opposition to motions shall be presented, heard, and determined upon declarations

5
-- APPLICATION/TELEPHONIC APPEARANCE    --   The Hon. Valerie Baker Fairbank

and other written evidence (including documents, photographs, deposition excerpts, etc.) alone, except that the Court may, in its discretion, require or allow oral examination of any declarant or any other witness."

As of APRIL 11, 2007, Mr. Thomas H. Edwards, Esq. (SBN 96368), of The Law Office of Thomas H. Edwards; 119 East Union Street, Suite B, Pasadena, California 91103 with the telephone number (626) + 395.5161, does not oppose "WAKEFIELD'S" telephonic appearance on MAY 07, 2007 at 1:30 P.M., **because "WAKEFIELD" is <u>a resident of Miami-Dade, Florida</u> and it would be an unduly burden for Pro Se Indigent "WAKEFIELD" to travel to Los Angeles for the hearing of said motion.**

### III. RELIEF SOUGHT.

"WAKEFIELD" HUMBLY REQUESTS that the United States District Judge Honorable VALERIE BAKER FAIRBANK, issue an ORDER allowing "WAKEFIELD" to appear telephonically and present evidence by oral examination for his motion for extension of time, which is scheduled for May 07, 2007 at 1:30 P.M. in Court Room 9.

### V. CONCLUSION

"WAKEFIELD" HUMBLY REQUESTS that this Honorable Court allow him to appear telephonically to present, in addition to this written application, and his

motion, oral argument in support of his motion for extension of time.

Respectfully submitted,

Dated: April 11, 2007    _____

Franz A. Wakefield, *Pro Se*
COOLTvNETWORK.COM™, Inc.
Powered By: *ClickVideoShop*™
The Software Enabling The Global Economy
And Its' Just A Click Away!
The *ClickVideoShop* Patent <u>US 7162696 B2.</u>
17731 North West 14th Court
Miami, Florida 33169
franzwakefield@cooltvnetwork.com

**Attached Exhibit "1"---Proposed Order**

# PROOF OF SERVICE

I, *Pro Se* **Plaintiff,** MR. FRANZ A. WAKEFIELD, AM OVER THE AGE OF 18 AND AM THE PRO SE PLAINTIFF IN THIS ACTION. MY ADDRESS IS 17731 NORTH WEST 14TH COURT MIAMI, FLORIDA 33169.

ON APRIL 11, 2007, I SERVED IN THE MANNER INDICATED BELOW, THE FOREGOING DOCUMENT(S) DESCRIBED AS:

**APPLICATION FOR TELEPHONIC APPEARANCE FOR "WAKEFIELD'S" MOTION FOR EXTENSION OF TIME.**

ON THE PARTY IN THIS ACTION AND FILING THE SAME WITH THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA BY PLACING A TRUE AND CORRECT COPY THEREOF ENCLOSED IN A SEALED ENVELOPE ADDRESSED AS FOLLOWS:

**"SEE ATTACHED SERVICE LIST"**

(XX) (**BY MAIL—FED EX**) I PRO SE PLAINTIFF, CAUSED SUCH ENVELOPE TO BE DEPOSITED WITH THE FEDERAL EXPRESS IN MIAMI, FLORIDA, WITH POSTAGE THEREON FULLY PREPAID.

## Service List

## "WAKEFIELD" vs. "DISNEY, Et. AL."

### CASE NO: CV05-6857 VBF (PLAx)

"PRO SE UNIT" CLERK OF THE COURT

UNITED STATES DISTRICT COURT CENTRAL

DISTRICT OF CALIFORNIA

312 NORTH SPRING STREET

LOS ANGELES, CALIFORNIA 90012

TEL: (213) + 894-1565

FAX: (213) + 894-2215


THOMAS H. EDWARDS, ESQUIRE

THE LAW OFFICE OF THOMAS H. EDWARDS

119 EAST UNION STREET, SUITE B

PASADENA, CALIFORNIA 91103-3950

TEL: (626) + 395.5161

FAX: (626) + 795.6600

Franz A. Wakefield, *Pro Se*

9

APPLICATION/TELEPHONIC APPEARANCE   --   The Hon. Valerie Baker Fairbank

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | ❖ **EXHIBIT "1"** |
| 11 | ❖ **PROPOSED ORDERS** |
| 12 | |

**EX. "1"**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA---LOS ANGELES DIVISION.

| | |
|---|---|
| MR. FRANZ A. WAKEFIELD, Et. Al., <br><br> Plaintiff(s) <br><br> v. <br><br> THE WALT DISNEY CO., <br> AND DISNEY INTERACTIVE INC., <br><br> Defendant(s) | Case No. CV-05-6857-VBF-(PLAX) <br><br> ❖ **ORDER ON "WAKEFIELD'S" APPLICATION FOR TELEPHONIC APPEARANCE TO HEAR MOTION FOR EXTENSION OF TIME.** |

## ORDER

THIS CASUE HAVING COME BEFORE THE UNITED STATES DISTRICT JUDGE HONORABLE VALERIE BAKER FAIRBANK ON "WAKEFIELD'S" APPLICATION TO APPEAR TELEPHONICALLY ON MAY 07, 2007 AT 1:30 P.M. PACIFIC TIME, TO ~~PRESENT ADDITIONAL EVIDENCE~~ IN SUPPORT OF HIS MOTION FOR EXTENSION OF TIME; AND THE COURT BEING FULLY ADVISED, IT IS HEREBY ORDERED AND ADJUDGED THAT THE APPLICATION IS <u>GRANTED</u>.

DONE AND ORDERED ON THIS 25 DAY OF April 2007.

*[Signature: Valerie Baker Fairbank]*

**U.S. DISTRICT JUDGE**