Thomas H. Edwards (SBN 96368)
119 E. Union St., Suite B
Pasadena, CA 91103

Telephone: (626) 395-5161
Facsimile: (626) 795-6600
Email: tomedwards@sbcglobal.net

Attorney for Defendants The Walt Disney Company and Disney Interactive Studios, Inc., fka Disney Interactive, Inc.

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZ A. WAKEFIELD,<br><br>    Plaintiff<br><br>vs.<br><br>THE WALT DISNEY COMPANY and DISNEY INTERACTIVE STUDIOS, INC., fka DISNEY INTERACTIVE, INC.<br><br>    Defendants. | Case No. CV05-6857 VBF (PLAX)<br><br>JUDGMENT FOR DEFENDANT THE WALT DISNEY COMPANY<br><br>Hon. Valerie Baker Fairbank |

*After full consideration of the papers filed,* ~~This action came on for hearing before the Court on May 14, 2007,~~ the Hon. Valerie Baker Fairbank, District Judge Presiding, on a motion for summary judgment filed by defendant The Walt Disney Company, and the evidence presented having been fully considered, the issues having been duly ~~heard~~ *considered* and a decision having been duly rendered,

It is ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that defendant The Walt Disney Company recover its costs.

Dated: May 16, 2007

_____
United States District Judge

DOCKETED ON CM
MAY 18 2007
BY ___ 053

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) SS.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 119 E. Union Street, Suite B, Pasadena, California 91103.

On April 20, 2007, I served in the manner indicated below, the foregoing document(s) described as:

JUDGMENT FOR DEFENDANT THE WALT DISNEY COMPANY

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Franz A. Wakefield
> COOLTvNETWORK.COM™, INC.
> 17731 North West 14th Court
> Miami, Florida 33169

(XX) (BY MAIL) I caused such envelope to be deposited in the United States mail at Pasadena, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (C.C.P. § 1013(a)(3)).

( ) (BY FACSIMILE) I transmitted via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m. and placed a copy in First Class U.S. Mail with postage thereon fully prepaid.

\* \* \* \* \*

( ) (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(XX) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on April 20, 2007, at Pasadena, California.

*Maria Elena Moran*
————————————
Maria Elena Moran