FILED
CLERK, U.S. DISTRICT COURT
JUL 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
CLERK, U.S. DISTRICT COURT
JUL 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZ A. WAKEFIELD,<br><br>Plaintiff<br><br>vs.<br><br>THE WALT DISNEY COMPANY and DISNEY INTERACTIVE STUDIOS, INC., fka DISNEY INTERACTIVE, INC.<br><br>Defendants. | Case No. CV056857 VBF (PLAX)<br><br>[PROPOSED] AMENDED JUDGMENT FOR DEFENDANTS THE WALT DISNEY COMPANY AND DISNEY INTERACTIVE STUDIOS, INC.<br><br>Hon. Valerie Baker Fairbank |

The motions for summary judgment of defendants The Walt Disney Company and Disney Interactive Studios, Inc. having been granted, it is hereby ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that defendants The Walt Disney Company and Disney Interactive Studios, Inc. have and recover their costs from plaintiff Franz A. Wakefield in the amount of $2,683.42, plus interest on the foregoing amount at the rate of 4.89% per annum until paid.

Dated. July 17, 2007

*Valerie Baker Fairbank*

United States District Judge

138

PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 119 E. Union Street, Suite B, Pasadena, California 91103.

On July 17, 2007, I served in the manner indicated below, the foregoing document(s) described as:

[PROPOSED] AMENDED JUDGMENT FOR DEFENDANTS
THE WALT DISNEY COMPANY AND DISNEY INTERACTIVE STUDIOS, INC.

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Franz A. Wakefield
COOLTvNETWORK.COM™, INC
17731 North West 14th Court
Miami, Florida 33169

(XX) (BY MAIL) I caused such envelope to be deposited in the United States mail at Pasadena, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (C.C.P. § 1013(a)(3)).

( ) (BY FACSIMILE) I transmitted via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m. and placed a copy in First Class U.S. Mail with postage thereon fully prepaid.

\* \* \* \* \*

( ) (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(XX) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on July 17, 2007, at Pasadena, California.

_____
Maria Elena Moran