**FILED**

**JUN 24 2009**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| FRANZ A. WAKEFIELD, | No. 07-56044 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-05-06857-VBF<br>Central District of California,<br>Los Angeles |
| v. | |
| THE WALT DISNEY COMPANY; et al., | ORDER |
| Defendants - Appellees. | |

Before: LEAVY, HAWKINS and TASHIMA, Circuit Judges.

Franz A. Wakefield's petition for panel rehearing is denied.



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 24 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY